FRANK & BIANCO LLP
ATTORNEYS AT LAW

275 MADISON AVENUE
SUITE 705
NEW YORK, NY 10016
212 682 1853
212 682 1892 FAX

info@frankandbianco.com
www.frankandbianco.com

October 28, 2014

*Via ECF (Scheduling Notification Letter)*

Catherine O'Hagan Wolfe, Clerk of Court
US Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Cruper-Weinmann v. Paris Baguette America, Inc.*
              Docket No.: 14-3709

Dear Ms. O'Hagan Wolfe:

     We are attorneys for Devorah Cruper-Weinmann, the Appellant in the above referenced matter. Pursuant to Local Rule 31.2(a)(1)(A), we hereby request that the Court set the date for submission of Appellant's brief and joint appendix on or before January 14, 2015, which is within 91 days of October 15, 2014, the date on which Forms C & D were filed. Thank you for your time and consideration.

     If you have any questions, please do not hesitate to contact our office.

                                        Very truly yours,

                                        /s/ Marvin L. Frank
                                        Marvin L. Frank
                                        Frank & Bianco LLP
                                        275 Madison Avenue, Suite 705
                                        New York, NY 10016

cc:    ECF Service