

MARY JANE YOON
212.704.6204 telephone
212.704.8392 facsimile
maryjane.yoon@troutmansanders.com

TROUTMAN SANDERS LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
212.704.6000 telephone
troutmansanders.com

January 21, 2015

**VIA ELECTRONIC FILING**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **Cruper-Weinmann v. Paris Baguette America, Inc. | Docket No: 14-3709**

Dear Ms. O'Hagan Wolfe:

      This firm represents Paris Baguette America, Inc. ("Paris Baguette"), the Appellee in the above-captioned case. Pursuant to Local Rule 31.2(a)(1)(B), Paris Baguette requests that this Court set the deadline for filing Appellee's brief as April 15, 2015, which is within 91 days after January 14, 2015, when the Appellant's brief was filed.

      Thank you in advance for your time and consideration.

                              Respectfully submitted,

                              Mary Jane Yoon