UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DEVORAH CRUPAR-WEINMANN, individually :
and on behalf of all others similarly :
situated,                             :
                                      :
            Plaintiff,                :
                                      :      13 Civ. 7013(JSR)
            -v-                       :
                                      :          ORDER
PARIS BAGUETTE AMERICA, INC., d/b/a   :
PARIS BAGUETTE,                       :
                                      :
            Defendant.                :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

    Pursuant to this Court's telephonic Order of December 12, 2013, the Court hereby grants defendant Paris Baguette America, Inc. permission to file exhibits pertaining to its motion to dismiss under seal, to the extent that the documents contain protected or confidential information and provided that the defendant files redacted versions of such documents publicly.

    SO ORDERED.

                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 16, 2013