# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand and fifteen.

Before:    Ralph K. Winter,
              *Circuit Judge.*

_____

Yehuda Katz,

    *Plaintiff-Appellant,*

    v.

The Donna Karan Company, L.L.C., The Donna Karan Company Store, L.L.C., Donna Karan International, Incorporated,

    *Defendants-Appellees.*

_____

**ORDER**
Docket No. 15-464

    Appellant has filed a motion to hold this appeal in abeyance pending the outcome of the appeal docketed under 14-3709, Cruper-Weinmann v. Paris Baguette America, Inc., or in the alternative, for an extension of time to file the brief. Appellees oppose holding this appeal in abeyance and cross-move to have the appeals heard in tandem by the same panel.

    IT IS HEREBY ORDERED that the Appellant's motion is DENIED and Appellees' cross-motion is GRANTED. This appeal shall be heard in tandem with Cruper-Weinmann v. Paris Baquette America, Inc, Docket No. 14-3709.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court