JOSHUA BERMAN
212.704.6000 telephone
212.704.5906 facsimile
Joshua.Berman@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
875 Third Avenue
New York, New York 10022
212.704.6000 telephone
troutmansanders.com

February 29, 2016

**VIA ECF**

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  **Re:** ***Cruper-Weinmann v. Paris Baguette America, Inc.*, 14-3709**

Dear Clerk:

  I write to respectfully request that this Court withdraw the appearance of Mary Jane Go-eun Yoon, Esq., on behalf of Appellee Paris Baguette America, Inc., in the above referenced appeal.

  Ms. Yoon is no longer affiliated with Troutman Sanders LLP, effective January 1, 2016. Troutman Sanders LLP will remain as counsel of record for the Appellee.

    Respectfully submitted,

     s/Joshua Berman
    Joshua Berman