# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand sixteen.

Present:    Robert A. Katzmann,
          *Chief Judge,*
    Rosemary S. Pooler,
    Denny Chin,
          *Circuit Judges*.

---

Devorah Cruper-Weinmann, individually and on behalf of all others similarly situated,
          *Plaintiff - Appellant*,

        v.                                                                         No. 14-3709-cv

Paris Baguette America, Inc., doing business as Paris Baguette,
          *Defendant - Appellee*.

---

Yehuda Katz,
          *Plaintiff-Appellant*,

        v.                                                                         No. 15-464-cv

The Donna Karan Company LLC, The Donna Karan Company Store LLC, Donna Karan International Inc.,
          *Defendants-Appellants.*

---

In light of the Supreme Court's decision in *Spokeo, Inc. v. Robins*, -- S.Ct. --, 2016 WL 2842447 (May 16, 2016), it is hereby ORDERED that each party shall submit a letter brief, not to exceed fifteen (15) double-spaced pages, limited to the issue of how *Spokeo, Inc. v. Robins* applies to this case. Parties shall submit their briefs concurrently no later than 5 p.m. on June 10, 2016.

          FOR THE COURT:
          Catherine O'Hagan Wolfe, Clerk

