*Cruper-Weinmann v. Paris Baguette*
No. 14-3709

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand seventeen.

Present:
    Robert A. Katzmann,
        *Chief Judge*,
    Rosemary S. Pooler,
    Denny Chin,
        *Circuit Judges*.

---

Devorah Cruper-Weinmann, Individually and on behalf of all others similarly situated,

    *Plaintiff-Appellant*,

v.

    ORDER
    No. 14-3709

Paris Baguette America, Inc., doing business as Paris Baguette,

    *Defendant-Appellee*.

---

Following plaintiff-appellant's letter seeking renewal of her appeal in accordance with this Court's summary order of June 30, 2016, it is hereby ORDERED that plaintiff-appellant's appeal is RENEWED and the parties shall concurrently submit letter briefs, not to exceed fifteen (15) single-spaced pages, limited to the merits of the district court's dismissal under Fed. R. Civ. P. 12(b)(1), by no later than 5:00 p.m. on April 17, 2017. The parties shall then file any simultaneous reply briefs, not to exceed seven (7) single-spaced pages, by no later than 5:00 p.m. on April 28, 2017.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/28/2017