# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand and seventeen.

Before:     Robert A. Katzmann,
                    *Chief Judge,*
              Rosemary S. Pooler,
              Denny Chin,
                    *Circuit Judges.*

_____

Devorah Crupar-Weinmann, individually and on behalf of all others similarly situated,

   Plaintiff-Appellant,

v.

Paris Baguette America, Inc., doing business as Paris Baguette,

   Defendant-Appellee.

_____

**JUDGMENT**
Docket No. 14-3709

   The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.   Upon consideration thereof,

   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

